No. 150.  WITZELBERG *v.* CINCINNATI ET AL.  Appeal from the Supreme Court of Ohio.  Decided October 11, 1937.  *Per Curiam:* The motion of the appellees to dis-

miss the appeal is granted and the appeal is dismissed (1) for the want of a properly presented federal question. *Clarke* v. *McDade,* 165 U. S. 168, 172; *Chesapeake & Ohio Ry. Co.* v. *McDonald,* 214 U. S. 191, 193; *Hiawassee Power Co.* v. *Carolina-Tenn. Co.,* 252 U. S. 341, 343; (2) for the want of a substantial federal question, *Ballard* v. *Hunter,* 204 U. S. 241, 262; *North Laramie Land Co.* v. *Hoffman,* 268 U. S. 276, 283. *Mr. Walter M. Schoenle* for appellant. *Mr. John D. Ellis* for appellees.